IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

RHODA CARROLL                                                                           PLAINTIFF

vs.                                        Civil No. 6:18-cv-06053

NANCY A. BERRYHILL                                                                      DEFENDANT
Acting Commissioner, Social Security Administration

## **JUDGMENT**

Comes now the Court on this the 4th day of April, 2019, in accordance with the Memorandum Opinion entered in the above-styled case on today's date, and hereby considers, orders, and adjudicates that the decision of the Commissioner of the Social Security Administration is **AFFIRMED** and Plaintiff's Complaint is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

/s/ *Barry A. Bryant*
HON. BARRY A. BRYANT
U. S. MAGISTRATE JUDGE